UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mitchell Engineering

      Plaintiff(s),

v.

City and County of San Francisco, et al.

      Defendant(s).

No. C V 08 4022

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/29/08

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")