Case 3:08-cv-04022-SI Document 8 Filed 12/05/2008 Page 1 of 3

Oliver L. Holmes (SBN 57332)
Richard L. Seabolt (SBN 67469)
Damon M. Fisk (SBN 211824)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: olholmes@duanemorris.com
rlseabolt@duanemorris.com
dmfisk@duanemorris.com

Attorneys for Plaintiff
MITCHELL ENGINEERING

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MITCHELL ENGINEERING, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a political subdivision of the State of California; ANTHONY IRONS, in his individual capacity and, alternatively, in his official capacity as Assistant General Manager of the San Francisco Public Utilities Commission; MICHAEL QUAN, in his individual capacity and, alternatively, in his official capacity as Director of the Construction Management Bureau of the San Francisco Public Utilities Commission; ALAN WONG, in his individual capacity and, alternatively, in his official capacity as a Safety Manager of the San Francisco Public Utilities Commission; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: C08-04022-SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF MITCHELL ENGINEERING** |

DM1\1453312.1

NOTICE OF SUBSTITUTION OF COUNSEL

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff MITCHELL ENGINEERING substitutes Robert L. Leslie as its counsel and attorney of record in this matter.

Oliver L. Holmes, Richard L. Seabolt and Damon M. Fisk of Duane Morris, LLP, One Market, Suite 2000, San Francisco, California, telephone: (415) 957-3000; facsimile: (415) 957-3001, State Bar Nos. 57332, 67469, and 211824, respectively, are no longer its attorneys in this matter.

MITCHELL ENGINEERING's new counsel in this matter and new attorney of record on whom all notices and papers may be served is:

Robert L. Leslie of McInerney & Dillon, 1999 Harrison Street Ste. 1700, Oakland, California 94612, telephone: (510) 465-7100; facsimile: (510) 465-8556, State Bar No. 61872.

### Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Dated: December 4, 2008

MITCHELL ENGINEERING

By: _____

Its: VP.

Dated: December 5, 2008

DUANE MORRIS LLP

By: _____
Oliver L. Holmes
Richard L. Seabolt
Damon M. Fisk
Former Attorneys for Plaintiff
MITCHELL ENGINEERING

Dated: December 4, 2008        McINERNEY & DILLON

By: /s/ Robert L. Leslie
Robert L. Leslie
Attorneys for Plaintiff
MITCHELL ENGINEERING

SO ORDERED.

Dated: _____

/s/ Susan Illston
U.S. DISTRICT COURT JUDGE

DM1\1453312.1

3

NOTICE OF SUBSTITUTION OF COUNSEL