IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MITCHELL ENGINEERING, a California corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a political subdivision of the State of California; ANTHONY IRONS, in his individual capacity and, alternatively, in his official capacity as Assistant General Manager of the San Francisco Public Utilities Commission; MICHAEL QUAN, in his individual capacity and, alternatively, in his official capacity as Director of the Construction Management Bureau of the San Francisco Public Utilities Commission; ALAN WONG, in his individual capacity and, alternatively, in his official capacity as a Safety Manager of the San Francisco Public Utilities Commission; and DOES 1-10, inclusive,<br><br>          Defendants. | Civil No. CV 08 4022 – SI<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE** |

For good cause shown, this Court grant's plaintiff Mitchell Engineering ("Mitchell")'s ex

parte application to continue the case management conference and related dates to the following dates and times:

| | |
|---|---|
| February 6, 2009 | Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan |
| | Last Day to file ADR Certification signed by Parties and Counsel |
| | Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| February 20, 2009 | Last Day to file Rule 26(f) Report, complete initial disclosure or state objection to Rule 26(f) Report and file Case Management Conference per attached Standing Order. |
| February 27, 2009 | Initial Case Management Conference, at 2:00 P.M. |

IT IS SO ORDERED.

By: /s/ Susan Illston
Susan Illston
United States District Judge

DM1\1394615.1

2

ORDER GRATING EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE