1  ROBERT R. MOORE (BAR NO. 113818)
   MICHAEL J. BETZ (BAR NO. 196228)
2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA 94111-4074
4  Phone: (415) 837-1515
   Fax: (415) 837-1516
5  E-Mail: mbetz@allenmatkins.com

6  MATT GONZALEZ (BAR NO. 153486)
   G. WHITNEY LEIGH (BAR NO. 153457)
7  MATT SCHULTZ (BAR NO. 220641)
   GONZALEZ & LEIGH LLP
8  744 Montomery, Fifth Floor
   San Francisco, CA 94111
9  Telephone: 415-512-2065
   Facsimile: 415-512-2001
10

   Attorneys for Plaintiff
11 Mitchell Engineering, a California corporation

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 MITCHELL ENGINEERING, a California     Case No. CV084022
   corporation,
16                                         **STIPULATION AND [PROPOSED] ORDER**
                  Plaintiff,               **CONTINUING CASE MANAGEMENT**
17                                         **CONFERENCE**
       vs.
18
   CITY AND COUNTY OF SAN FRANCISCO,
19 a political subdivision of the State of California;
   ANTHONY IRONS, in his individual capacity
20 and, alternatively, in his official capacity as
   Assistant General Manager of the San Francisco
21 Public Utilities Commission;
   MICHAEL QUAN, in his individual capacity
22 and, alternatively, in his official capacity as
   Director of Construction Management Bureau
23 of the San Francisco Public Utilities
   Commission; ALAN WONG, in his individual
24 capacity and, alternatively, in his official
   capacity as Safety Manager of the San
25 Francisco Public Utilities Commission; and
   DOES 1 through 10, inclusive,
26
                  Defendants.
27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

772816.01/SF

Case No. CV084022
Confidential Settlement Conference Statement

1   WHEREAS, the Case Management Conference in the above-referenced matter is
2   scheduled for December 18, 2009;
3   WHEREAS, a Further Settlement Conference is scheduled to commence on January 8,
4   2009, and the Parties hereto wish to continue the Case Management Conference until after the
5   Further Status Conference;
6   THEREFORE, the parties, by and through their respective counsel, hereby STIPULATE
7   AND AGREE as follows:
8   1.  The Case Management Conference for the above-referenced matter shall be
9   continued to February 5, 2010 at 3:00 p.m.
10  IT IS SO STIPULATED.
11  Dated: December 3, 2009

ALLEN MATKINS LECK GAMBLE &
MALLORY & NATSIS LLP
ROBERT R. MOORE, ESQ. (SBN 113818)
MICHAEL J. BETZ, ESQ. (SBN 196228)

By: _____
MICHAEL J. BETZ
Attorneys for Plaintiffs
MITCHELL ENGINEERING

17  Dated: December 4, 2009

OFFICE OF THE CITY ATTORNEY

By: _____
RONALD P. FLYNN
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

22
IT IS SO ORDERED
23  Dated:_____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
772816.01/SF

Case No. CV084022
Confidential Settlement Conference Statement

TOTAL P.03
TOTAL P.02