# EXHIBIT A

| | |
|---|---|
| 1 | ROBERT R. MOORE (BAR NO. 113818) |
| | MICHAEL J. BETZ (BAR NO. 196228) |
| 2 | ALLEN MATKINS LECK GAMBLE |
| |   MALLORY & NATSIS LLP |
| 3 | Three Embarcadero Center, 12th Floor |
| | San Francisco, CA 94111-4074 |
| 4 | Phone: (415) 837-1515 |
| | Fax: (415) 837-1516 |
| 5 | E-Mail: mbetz@allenmatkins.com |
| 6 | GONZALEZ & LEIGH LLP |
| | MATT GONZALEZ (SBN 153486) |
| 7 | G. WHITNEY LEIGH (SBN 153457) |
| | MATT SCHULTZ (SBN 220641) |
| 8 | 744 Montgomery Street, Fifth Floor |
| 9 | San Francisco, CA 94111 |
| | Telephone: (415) 512-2000 |
| 10 | Facsimile: (415) 512-2001 |
| 11 | Attorneys for Plaintiff |
| | Mitchell Engineering, a California corporation |
| 12 | |
| 13 | DENNIS J. HERRERA - State Bar #139669 |
| | City Attorney |
| 14 | GEORGE K. WONG - State Bar #75228 |
| | RONALD P. FLYNN - State Bar #184186 |
| 15 | LOUISE S. SIMPSON - State Bar #115253 |
| | DAVID L. NORMAN - State Bar #148556 |
| 16 | Deputy City Attorneys |
| | Fox Plaza |
| 17 | 1390 Market Street, 4th Floor |
| | San Francisco, CA 94102-5408 |
| 18 | Telephone: (415) 554-3901 |
| | Facsimile: (415) 255-0733 |
| 19 | ronald.flynn@sfgov.org |
| 20 | HANSON BRIDGETT LLP |
| | ANDREW G. GIACOMINI, State Bar # 154377 |
| 21 | agiacomini@hansonbridgett.com |
| | JEFFREY M. CHU - 121381 |
| 22 | jchu@hansonbridgett.com |
| | S. ANNE JOHNSON - 197415 |
| 23 | ajohnson@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 24 | San Francisco, CA 94105 |
| | Telephone:   (415) 777-3200 |
| 25 | Facsimile:   (415) 541-9366 |
| 26 | Attorneys for Defendants |
| | CITY AND COUNTY OF SAN FRANCISCO, ANTHONY |
| 27 | IRONS, MICHAEL QUAN, AND ALAN WONG |
| 28 | |

- 1 -

STIPULATION AND PROPOSED ORDER MODIFYING PRETRIAL
DEADLINES; CASE NO. CV 08 4022 SI

EXHIBIT A

2222253.2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ENGINEERING, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a political subdivision of the State of California; ANTHONY IRONS, in his individual capacity and, alternatively, in his official capacity as Assistant General Manager of the San Francisco Public Utilities Commission; MICHAEL QUAN, in his individual capacity and, alternatively, in his official capacity as Director of Construction Management Bureau of the San Francisco Public Utilities Commission; ALAN WONG, in his individual capacity and, alternatively, in his official capacity as Safety Manager of the San Francisco Public Utilities Commission; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 08 4022 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL DEADLINES** |

It is stipulated by and between counsel for Plaintiff MITCHELL ENGINEERING and counsel for Defendants CITY AND COUNTY OF SAN FRANCISCO, ANTHONY IRONS, MICHAEL QUAN AND ALAN WONG that the Court's Pretrial Preparation Order be amended as follows:

1. Non-Expert Discovery Cut-off: March 29, 2010;

2. Designation of Experts: April 8, 2010; rebuttal: April 30, 2010;

3. Expert Discovery Cut-off: May 28, 2010;

4. Dispositive motions shall be filed by May 14, 2010; Oppositions due May 28, 2010; Replies due June 4, 2010; and set for hearing no later than June 18, 2010 at 9:00 a.m.;

5. Pretrial conference date: July 20, 2010 at 3:30 p.m.; and

6. Jury trial date: August 2, 2010 at 8:30 a.m. in Courtroom 10, 19th Floor.

1  It is further stipulated and agreed that each party seeks to maintain all other pretrial
2  preparatory dates including the trial date, and that no party shall use the extensions of fact and
3  expert discovery as grounds for a trial continuance.
4  IT IS SO STIPULATED.

5  Dated: February ___, 2010    ALLEN MATKINS LECK GAMBLE &
                                MALLORY & NATSIS LLP
6                               ROBERT R. MOORE, ESQ. (SBN 113818)
                                MICHAEL J. BETZ, ESQ. (SBN 196228)

8                               By: _____
9                                   MICHAEL J. BETZ
                                    Attorneys for Plaintiffs
10                                  MITCHELL ENGINEERING

11
   Dated: February 5, 2010      HANSON BRIDGETT LLP
12

13                              By: _____
14                                  S. ANNE JOHNSON
                                    Attorneys for Defendants
15                                  CITY AND COUNTY OF SAN
                                    FRANCISCO, a political subdivision of the
16                                  State of California; ANTHONY IRONS, in
                                    his individual capacity and, alternatively, in
17                                  his official capacity as Assistant General
                                    Manager of the San Francisco Public
18                                  Utilities Commission; MICHAEL QUAN,
                                    in his individual capacity and, alternatively,
19                                  in his official capacity as Director of
                                    Construction Management Bureau of the
20                                  San Francisco Public Utilities Commission;
                                    ALAN WONG, in his individual capacity
21                                  and, alternatively, in his official capacity as
                                    Safety Manager of the San Francisco Public
22                                  Utilities Commission

23
   **IT IS SO ORDERED**
24
   Dated: 3/8/10
25                              _____
                                HON. SUSAN ILLSTON
26                              UNITED STATES DISTRICT COURT
                                JUDGE
27
28
                              - 3 -
STIPULATION AND PROPOSED ORDER MODIFYING PRETRIAL
DEADLINES; CASE NO. CV 08 4022 SI                                    2222253.2