George D. Calkins II, Esq.
JAMS
1601 Cloverfield Blvd.
Suite 370-South
Santa Monica, CA 90404
Telephone: (310) 392-3044
Facsimile:  (310) 396-7576
gcalkins@jamsadr.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ENGINEERING, a California corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, [a political subdivision of the State of California], ANTHONY IRONS, in his individual and official capacity, MICHAEL QUAN, in his individual and official capacity, ALAN WONG, in his individual and official capacity,<br><br>              Defendants. | No. CV 08-4022 SI<br><br>**[PROPOSED] ORDER REQUIRING ATTENDANCE AT FACILITATED MANDATORY SETTLEMENT CONFERENCE**<br><br>Judge:            Hon. Susan Illston<br>Action Filed:     August 22, 2008<br>Settlement Conf.: August 26, 2010 at 9:00 a.m.<br>Conf. Place:      Chambers, 19th Floor<br>Trial Date:       August 30, 2010 |

A mandatory settlement conference is set for August 26, 2010 at 9:00 a.m. in Judge Illston's Chambers, at which mediator George D. Calkins II, Esq. will attempt to resolve, through a global settlement, the following pending state and federal actions involving Mitchell Engineering, Arch Insurance Company, and the City and County of San Francisco/San Francisco Public Utilities Commission:

- *Mitchell Engineering v. City and County of San Francisco, et al.*, United States District Court for the Northern District of California, San Francisco Division, No. CV-08-4022;

- *Mitchell Engineering v. City and County of San Francisco, et al.*, California Superior Court, Alameda County, No. RG07339056;

- *Thunder Electric, Inc. v. Mitchell Engineering, Inc., et al.*, California Superior Court, San Francisco County, No. CGC-06-458051;

- *City and County of San Francisco v. Mitchell Engineering.*, California Superior Court, San Francisco County, No. CGC-07-465522;

- *Mitchell Engineering v. City and County of San Francisco, et al.*, California Superior Court, San Francisco County, No. CGC-07-468361; and

- *City and County of San Francisco v. Mitchell Engineering, et al.*, California Superior Court, San Francisco County, No. CGC-07-465524.

Whereas the attendance of the parties and others is essential to the success of the mandatory settlement conference, and good cause appearing:

IT IS HEREBY ORDERED that representatives of the following entities with full settlement authority and the following individuals attend the above-referenced settlement conference on August 26, 2010:

- Mitchell Engineering;
- Curtis Mitchell of Mitchell Engineering;
- Michael Silva of Mitchell Engineering;
- San Francisco Public Utilities Commission;
- Michael Carlin of San Francisco Public Utilities Commission;
- National Union Fire Insurance Company of Pittsburgh, Pa.;
- Chartis Specialty Insurance Company;
- Herbert Lazar of Chartis Insurance; and

- Bruce Friedman and/or Frank Kaplan of Bingham McCutchen LLP, counsel for National Union Fire Insurance Company of Pittsburgh, Pa.

IT IS HEREBY FURTHER ORDERED that counsel for City and County of San Francisco shall immediately serve this Order on the above-referenced persons ordered to attend the settlement conference.

DATED: August ___, 2010

By: _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER REQUIRING ATTENDANCE AT
FACILITATED MANDATORY SETTLEMENT CONFERENCE

2545199.2