DENNIS J. HERRERA - 139669
City Attorney
GEORGE K. WONG - 75228
RONALD P. FLYNN - 184186
LOUISE S. SIMPSON - 115253
DAVID L. NORMAN - 148556
Deputy City Attorneys
Fox Plaza
1390 Market Street, 4th Floor
San Francisco, CA  94102-5408
Telephone:  (415) 554-3901
Facsimile: (415) 255-0733
ronaldflynn@sfgov.org

HANSON BRIDGETT LLP
ANDREW G. GIACOMINI - 154377
agiacomini@hansonbridgett.com
JEFFREY M. CHU - 121381
jchu@hansonbridgett.com
S. ANNE JOHNSON - 197415
ajohnson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ANTHONY
IRONS, MICHAEL QUAN, AND ALAN WONG

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ENGINEERING, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, [a political subdivision of the State of California], ANTHONY IRONS, in  his individual and official capacity, MICHAEL QUAN, in his individual and official capacity, ALAN WONG, in his individual and official capacity,<br><br>Defendants. | No. CV 08-4022 SI<br><br>**[PROPOSED] ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANTS MICHAEL QUAN AND ALAN WONG WITH PREJUDICE**<br><br><br>Action Filed:        August 22, 2008<br>Trial Date:          August 30, 2010 |

1    In response to Plaintiff Mitchell Engineering's filing of a Notice of Voluntary Dismissal of

2  Defendants Michael Quan and Alan Wong without prejudice on May 14, 2010 and Defendants

3  Quan's and Wong's Motions for Summary Judgment filed that same day, which objected to their

4  dismissal without prejudice, and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court

5  hereby orders all claims against Defendants Michael Quan and Alan Wong dismissed with

6  prejudice.  This dismissal with prejudice is subject to the following conditions: (1) the right to

7  pursue fees and costs for Defendants Quan's and Wong's defense and all potential claims against

8  Plaintiff Mitchell Engineering are preserved, and (2) during trial, Plaintiff Mitchell Engineering is

9  precluded from referring to purported constitutional violations by Defendants Quan and Wong

10  and any evidence referring or relating to them.

11

12    IT IS SO ORDERED

13

14  DATED:  August ___, 2010

15  _____
   THE HONORABLE SUSAN ILLSTON
16  JUDGE OF THE U.S. DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER DISMISSING CLAIMS AGAINST DEFS MICHAEL
QUAN AND ALAN WONG WITH PREJUDICE; CASE NO. CV 08-4022 SI

2549370.1