1  DENNIS J. HERRERA - 139669
   City Attorney
2  GEORGE K. WONG - 75228
   RONALD P. FLYNN - 184186
3  LOUISE S. SIMPSON - 115253
   DAVID L. NORMAN - 148556
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 4th Floor
   San Francisco, CA 94102-5408
6  Telephone: (415) 554-3901
   Facsimile: (415) 255-0733
7  ronaldflynn@sfgov.org

8  HANSON BRIDGETT LLP
   ANDREW G. GIACOMINI - 154377
9  agiacomini@hansonbridgett.com
   JEFFREY M. CHU - 121381
10 jchu@hansonbridgett.com
   S. ANNE JOHNSON - 197415
11 ajohnson@hansonbridgett.com
   425 Market Street, 26th Floor
12 San Francisco, CA 94105
   Telephone: (415) 777-3200
13 Facsimile: (415) 541-9366

14 Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, ANTHONY
15 IRONS, MICHAEL QUAN, AND ALAN WONG

16              **UNITED STATES DISTRICT COURT**

17           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18

| 19 | MITCHELL ENGINEERING, a California corporation, | No. CV 08-4022 SI |
|---|---|---|
| 20 | Plaintiff, | **[PROPOSED] ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANTS MICHAEL QUAN AND ALAN WONG WITH PREJUDICE** |
| 21 | v. | |
| 22 | | |
| 23 | CITY AND COUNTY OF SAN FRANCISCO, [a political subdivision of the State of California], ANTHONY IRONS, in his individual and official capacity, MICHAEL QUAN, in his individual and official capacity, ALAN WONG, in his individual and official capacity, | |
| 24 | | Action Filed: August 22, 2008 |
| 25 | | Trial Date: August 30, 2010 |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

[PROPOSED] ORDER DISMISSING CLAIMS AGAINST DEFS MICHAEL
QUAN AND ALAN WONG WITH PREJUDICE; CASE NO. CV 08-4022 SI

2549370.1

1  In response to Plaintiff Mitchell Engineering's filing of a Notice of Voluntary Dismissal of
2  Defendants Michael Quan and Alan Wong without prejudice on May 14, 2010 and Defendants
3  Quan's and Wong's Motions for Summary Judgment filed that same day, which objected to their
4  dismissal without prejudice, and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court
5  hereby orders all claims against Defendants Michael Quan and Alan Wong dismissed with
6  prejudice.  This dismissal with prejudice is subject to the following conditions: (1) the right to
7  pursue fees and costs for Defendants Quan's and Wong's defense and all potential claims against
8  Plaintiff Mitchell Engineering are preserved, and (2) ~~during trial, Plaintiff Mitchell Engineering is~~
9  ~~precluded from referring to purported constitutional violations by Defendants Quan and Wong~~
10 ~~and any evidence referring or relating to them~~.

12  IT IS SO ORDERED

14  DATED: August  26 , 2010                                     _____
                                                                 THE HONORABLE SUSAN ILLSTON
15                                                               JUDGE OF THE U.S. DISTRICT COURT

---

1

[PROPOSED] ORDER DISMISSING CLAIMS AGAINST DEFS MICHAEL
QUAN AND ALAN WONG WITH PREJUDICE; CASE NO. CV 08-4022 SI                      2549370.1