George D. Calkins II, Esq.
JAMS
1601 Cloverfield Blvd.
Suite 370-South
Santa Monica, CA 90404
Telephone: (310) 392-3044
Facsimile:  (310) 396-7576
gcalkins@jamsadr.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ENGINEERING, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, [a political subdivision of the State of California], ANTHONY IRONS, in his individual and official capacity, MICHAEL QUAN, in his individual and official capacity, ALAN WONG, in his individual and official capacity,<br><br>Defendants. | No. CV 08-4022 SI<br><br>[PROPOSED] ORDER REQUIRING ATTENDANCE AT FACILITATED MANDATORY SETTLEMENT CONFERENCE<br><br>Judge:              Hon. Susan Illston<br>Action Filed:     August 22, 2008<br>Settlement Conf: September 3, 2010 at 9:00 am<br>Conf. Place:      Chambers, 19th Floor<br>Trial Date:        September 7, 2010 |

("[PROPOSED]" is shown with strikethrough.)

1    A mandatory settlement conference is set for September 3, 2010 at 9:00 a.m. in Judge
2    Illston's Chambers, at which mediator George D. Calkins II, Esq. will attempt to resolve, through
3    a global settlement, the following pending state and federal actions involving Mitchell
4    Engineering, Arch Insurance Company, and the City and County of San Francisco/San Francisco
5    Public Utilities Commission:

- *Mitchell Engineering v. City and County of San Francisco, et al.*, United States District Court for the Northern District of California, San Francisco Division, No. CV-08-4022;

- *Mitchell Engineering v. City and County of San Francisco, et al.*, California Superior Court, Alameda County, No. RG07339056;

- *Thunder Electric, Inc. v. Mitchell Engineering, Inc., et al.*, California Superior Court, San Francisco County, No. CGC-06-458051;

- *City and County of San Francisco v. Mitchell Engineering.*, California Superior Court, San Francisco County, No. CGC-07-465522;

- *Mitchell Engineering v. City and County of San Francisco, et al.*, California Superior Court, San Francisco County, No. CGC-07-468361; and

- *City and County of San Francisco v. Mitchell Engineering, et al.*, California Superior Court, San Francisco County, No. CGC-07-465524.

Whereas the attendance of the parties and others is essential to the success of the mandatory settlement conference, and good cause appearing:

IT IS HEREBY ORDERED that representatives of the following entities with full settlement authority and the following individuals attend the above-referenced settlement conference on September 3, 2010:

- Mitchell Engineering;
- Curtis Mitchell of Mitchell Engineering;
- Michael Silva of Mitchell Engineering;
- San Francisco Public Utilities Commission;
- Michael Carlin of San Francisco Public Utilities Commission;
- Patrick Nails of Arch Insurance Company, and
- Mark Wade of Arch Insurance Company

1

[PROPOSED] ORDER REQUIRING ATTENDANCE AT
FACILITATED MANDATORY SETTLEMENT CONFERENCE

2545199.2

1     IT IS HEREBY FURTHER ORDERED that counsel for City and County of San Francisco, and/or the Mediator George Calkins shall immediately serve this Order on the above-referenced persons ordered to attend the settlement conference.

DATED: August 31, 2010

By: *(signed)* Susan Illston
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE