DENNIS J. HERRERA - 139669
City Attorney
GEORGE K. WONG - 75228
RONALD P. FLYNN - 184186
LOUISE S. SIMPSON - 115253
DAVID L. NORMAN - 148556
Deputy City Attorneys
Fox Plaza
1390 Market Street, 4th Floor
San Francisco, CA  94102-5408
Telephone:  (415) 554-3901
Facsimile: (415) 255-0733
ronaldflynn@sfgov.org

HANSON BRIDGETT LLP
ANDREW G. GIACOMINI - 154377
agiacomini@hansonbridgett.com
JEFFREY M. CHU - 121381
jchu@hansonbridgett.com
S. ANNE JOHNSON - 197415
ajohnson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ANTHONY IRONS, MICHAEL QUAN, AND ALAN WONG

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL ENGINEERING, a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, [a political subdivision of the State of California], ANTHONY IRONS, in  his individual and official capacity, MICHAEL QUAN, in his individual and official capacity, ALAN WONG, in his individual and official capacity,<br><br>            Defendants. | No. CV 08-4022 SI<br><br>**[PROPOSED] ORDER ALLOWING EQUIPMENT IN COURTROOM FOR TRIAL**<br><br>Action Filed:    August 22, 2008<br>Trial Date:      August 30, 2010 |

CASE NO. CV 08-4022 SI                                                                                                    2560929.1

1 [PROPOSED ORDER]

2   The Court hereby allows the following equipment to be brought into the Courtroom on or
3   before September 2, 2010 and to remain in the Courtroom for the duration of trial for Case
4   CV 08-4022 SI.
5       1 - LCD Projector
6       1 - Projector screen
7       2 - Book Carts and Shelves
8       3 - Laptop Computers
9       Miscellaneous stands and cables
10
11  IT IS SO ORDERED.
12
13
14  DATED:  September _____, 2010

                                                By: _____/s/ Susan Illston_____
                                                    THE HONORABLE SUSAN ILLSTON
                                                    JUDGE OF THE U.S. DISTRICT COURT

1

CASE NO. CV 08-4022 SI                                                                  2560929.1