**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4

5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8    MITCHELL ENGINEERING,
            Plaintiff,

9                                              No.  C 08-4022 SI

10   v.

11   CITY AND COUNTY OF SAN FRANCISCO,    **ORDER TO PAY ADDITIONAL**
     et al.,                             **ATTENDANCE FEE**

12          Defendants.

13   _____ )

14

15       In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten (10)

16   days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not

17   exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of ten (10) days on

18   which the juror is required to hear such case.

19       Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case

20   shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten (10)

21   days.

22       **IT IS SO ORDERED.**

23

24

25   Dated: September 13, 2010            _____

26                                        SUSAN ILLSTON
                                          United States District Judge

27

28