IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MITCHELL ENGINEERING,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
                                  /

No. C 08-04022 SI

**JUDGMENT**

    This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding.  The issues having been tried before the Court and special verdict rendered on September 30, 2010.

    IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of plaintiff Mitchell Engineering and against defendant City and County of San Francisco and Anthony Irons.

    **IT IS SO ORDERED.**

Dated: 10/1/10

_____
SUSAN ILLSTON
United States District Judge